0-cr-06263-JIC   Document 2   Entered on FLSD Docket 09/08/2000   Pa

AO 442 (Rev. 12/85) Warrant for Arrest   DOJ ATTORNEY JULIA J. STILLER   DOL:S/A JEFF HIMMEL

## United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

DEBRA WEILER

FILED by D.C.
SEP - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**WARRANT FOR ARREST**

CASE NUMBER: **00-6263**
**CR-FERGUSON**
MAGISTRATE JUDGE
SNOW

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **DEBRA WEILER** _____
Name

and bring her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging her with (brief description of offense) Embezzlement, Mail Fraud, False Statements to ERISA

in violation of Title __18__ United States Code, Section(s) __664, 1341, 1027__

CLARENCE MADDOX
Name of Issuing Officer

Jenny Butler
Signature of Issuing Officer

BSS
Bail fixed at $100,000 personal surety
bond - Do NOT LODGE
OVERNIGHT!

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

9/7/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

