AO 442 (Rev. 12/85) Warrant for Arrest   DOJ ATTORNEY JULIA J. STILLER   DOL:S/A JEFF HIMMEL

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA   505643

UNITED STATES OF AMERICA

V.

DEBRA WEILER

**WARRANT FOR ARREST**

CASE NUMBER: **00-6263**
**CR-FERGUSON**

MAGISTRATE JUDGE
SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ DEBRA WEILER _____
                                                    Name

and bring her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging her with (brief description of offense) Embezzlement, Mail Fraud, False Statements to ERISA

in violation of Title ___18___ United States Code, Section(s) _____664, 1341, 1027_____

CLARENCE MADDOX
Name of Issuing Officer

[signature: Jenny Butler]
Signature of Issuing Officer

Bail fixed at $ 100,000 personal surety
bond - Do Not Lodge
OVERNIGHT !

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

9/7/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER   [signature]
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at<br>Surrender to USMS, Ft. Lauderdale, FL. |

| DATE RECEIVED<br>9/7/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br>[signature]<br><br>Glenn Morgan, ASDUSM |
|---|---|---|
| DATE OF ARREST<br>9/13/00 | | |

3

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ DEBRA BENISATTO WEILER _____

ALIAS: _____

LAST KNOWN RESIDENCE: __ 5841 N.W. 18TH Court, Sunrise, FL 33313 __

LAST KNOWN EMPLOYMENT: __ National Federation of Public & Private Employees (Jan. 1999) __

PLACE OF BIRTH: _____

DATE OF BIRTH: __ 1/7/60 __

SOCIAL SECURITY NUMBER: __ 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 __

HEIGHT: __ 5'1" __     WEIGHT: _____

SEX: __ Female __     RACE: __ White __

HAIR: __ Brown __     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __ Department of Labor - S/A Jeff Himmel __