## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | DEBRA WEILER (surrender) | CASE NO: | 00-6263-CR-FERGUSON |
| AUSA: | JULIA STILLER /pres | ATTY: | SANDRA MULGRAV, ESQ. /pres |
| AGENT: | | VIOL: | |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | 100,000 PERSONAL SURETY |
| BOND HEARING HELD - yes (no) | | COUNSEL APPOINTED: | |
| BOND SET @: | 100,000 PSB | To be cosigned by: | |

*FILED by ___ D.C.*
*SEP 13 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*Advised of charges*
*Sandra Mulgrav appointed*

**Reading of Indictment Waived**
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 10-4 | 11 | BSS | ✓ |

DATE: 9/13/00  TIME: 11:00  FTL/LSS TAPE # 00 - 048  Begin: 2561  End: 2762