```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    CASE NO. 00-6263-CR-FERGUSON
UNITED STATES OF AMERICA

       vs

DEBRA WEILER                        ARRAIGNMENT INFORMATION SHEET
```

FILED by SEP 13 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on SEPTEMBER 13, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

```
DEFENDANT:              Address:  ON BOND FORM
                        _____

                        Telephone:_____
DEFENSE COUNSEL:        Name:    SANDRA MULGRAV, ESQ.
                        Address:_____
                        _____

                        Telephone:_____
BOND SET:               $   100,000 PERSONAL SURETY
```

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __13TH__ day of __SEPTEMBER__, 2000.

```
                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: Denny Butler
                                        Deputy Clerk
                                    Tape No.  00- 048
```

cc: Copy for Judge
    U. S. Attorney

