UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55461·C04

UNITED STATES OF AMERICA )
Plaintiff ) Case Number: CR 00-6263-CR-Ferguson
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Debra Weiler )
Defendant

FILED by A D.C.
SEP 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
U.S. District Court    (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: Self Surrender  09/13/00  1100 am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Mail Fraud, Embezzlement, False Statements

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 01/07/1960

(6) Type of Charging Document: (check one)
[ ] Indictment  [ ] Complaint  To be filed/Already filed
Case# _____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: _____

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: Self. Surr.

(10) Agency: _____  (11) Phone: _____

(12) Comments: _____