COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Debra Weiler (no deft) | CASE NO: | 00-6263-CR-Ferguson |
| AUSA: | Julia Stiller / present | ATTNY: | Sandra Mullgrav / present |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status Conference | BOND REC: | |

BOND HEARING HELD - yes/no       COUNSEL APPOINTED:

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
no motion
3 trial days
Gov't ready —
has conflict
with trial date
A- will be motioning
for continuance

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 10-4-00    TIME: 11:00am    TAPE # 00-077   PG # 1
12:45pm   1526-1620

13