UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6263-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

DEBRA WEILER,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on October 4, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require three (3) days to try. The prosecutor, however, informed the Court that she has a conflicting trial set for October 23, 2000, in <u>United States v. Maragni</u>, Case No. 00-6154-CR-DIMITROULEAS.

2. Defense counsel informed the Court that she has received 500 pages of discovery material and is awaiting the delivery of two additional boxes of documents.



Given the volume of discovery, she anticipates moving to continue the trial of this cause; the Government will not oppose the motion.

DATED at Fort Lauderdale, Florida this _____ day of October 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson
United States District Judge

United States Attorney's Office

Sandra Mullgrav, Esquire
Attorney for Defendant

2