UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

00-6263

UNITED STATES OF AMERICA

CASE NO. 00-6087-CR-FERGUSON
MAGISTRATE SNOW/SELTZER

V.

DEBRA WEILER                    /

**DEFENDANT DEBRA WEILER'S MOTION TO CONTINUE TRIAL AND EXTEND TIME TO FILE PRETRIAL MOTIONS**

The defendant, Debra Weiler by and through her undersigned counsel and pursuant to Fed. R. Crim. P. 47, files the following motion to continue trial and extend time to file pre-trial motions. As grounds in support hereof, the defendant would allege the following:

1. The defendant has been charged with a 20 count indictment for embezzlement, mail fraud and false statement. The defendant was arraigned on September 13, 2000 and the undersigned was appointed for representation. The defendant requested the standing discovery order and the government provided discovery on or about September 28, 2000.

2. At the October 4, 2000, status conference before the Honorable Barry S. Seltzer, the government announced ready for trial and advised the court the case would require three days to try. The government also advised that she would be in trial on a previously scheduled case on the trial date in this cause. The government stated that they did not object to a continuance in this matter.

3. The undersigned advised the court that the defendant is seeking a continuance of the trial date and an extension of time to file pre-trial motions. The defendant has received approximately 500 documents and the government has in their possession approximately 4500 additional documents. For review. The undersigned simply can not review that many documents in the time allotted for trial in this cause.

4. The defendant would respectfully request that this court continue this matter for at least 60 days to allow counsel to review the discovery in this cause. The defendant has also been advised that there may be additional material in a civil case instituted against the defendant prior to the instant indictment for criminal charges.

5. The defendant respectfully requests that the court also extend the time to file pre-trial motions in this matter. Counsel is at a disadvantage in attempting to file motions without a complete review of the discovery int his cause.

WHEREFORE, the defendant respectfully requests that this honorable court continue the trial and extend time to file pre-trial motions in this cause.

Sandra E. Mullgrav
Florida Bar No. 933988
Emerald Office Park
2699 Stirling Road, Suite B-301
Fort Lauderdale, Florida 33312
(954) 962-3330

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2000, a copy of the foregoing was delivered by hand, mail or fax to Assistant United States Attorney, Julia Stiller 1301 New York Ave., NW, Suite 700, Washington, DC 20005.

Sandra E. Mullgrav
Attorney for the Defendant