```
UNITED STATES OF AMERICA          UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF FLORIDA
     Plaintiff,          FILED by_____D.C.

     vs.                                Case No. 00-6263-CR-FERGUSON
                           JAN  4 2001
DEBRA WEILER, (B)                       SENTENCING DATE
                         CLARENCE MADDOX
                         CLERK U.S. DIST. CT.
     Defendant.          S.D. FLA. FT. LAUD.
```

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the Honorable WILKIE D. FERGUSON, JR., United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **March 23, 2001** at **9:30 A.M.** for imposition of sentence. On the date, report to the U.S. Courthouse, Courtroom, 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, this notice advises the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report (PSR) to this Court will be completed and a copy made available to the parties and their counsel. DEFENSE COUNSEL AND THE DEFENDANT, IF ON BOND ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION).

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

DATED: January 4, 2001                CLARENCE G. MADDOX, II
                                      Court Administrator/
COUNSEL: Sandra Mulgrav, Esq          Clerk of Court

RECEIVED: January 4, 2001
                                      BY: /s/ Troy T. Walker
GOVERNMENT: AUSA, Juila Stiller       Deputy Clerk
                                      Troy T. Walker