UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6263-CR-FERGUSON

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

DEBRA WEILER, (B)
        Defendant.

**MINUTES**
CHANGE OF PLEA

FILED by _____ D.C.
JAN 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

On January 4, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Manuel vasquez, Esq, appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) _One_ of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

- ( )    The Court proceeded to pronounce sentence.
- (X)   The Court postponed sentencing until **3/23/01** at 9:30 a.m.,
- (X)   and the defendant was allowed to remain on present bond until then;
- ( )    and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;
- ( )    and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Paul Haferling</u>
Clerk <u>Troy T. Walker</u>