## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6263-CR-FERGUSON

UNITED STATES OF AMERICA,    )
                             )
         Plaintiff,          )
                             )
    v.                       )
                             )
DEBRA WEILER,                )
                             )
         Defendant.          )

### GOVERNMENT'S MOTION TO CONTINUE SENTENCING DATE

The United States of America by and through its undersigned attorney hereby moves the Court to continue the March 23, 2001 sentencing date currently scheduled for defendant Debra Weiler and respectfully requests that the Court reset the sentencing date for May 25, 2001.

On September 7, 2000, a grand jury returned a 20 count Indictment against Debra Weiler charging her with embezzling money from an employee welfare benefit plan in violation of 18 U.S.C. 664, mail fraud in violation of 18 U.S.C. 1341 and making false statements in violation of 18 U.S.C. 1027. On January 4, 2001 Weiler pled guilty to Count One of the Indictment and pursuant to the terms of her plea agreement agreed to cooperate with the government. The Court thereafter scheduled the defendant's sentencing date for March 23, 2001.



The defendant is in the process of cooperating with the government. Her cooperation, however, will not be complete by March 23, 2001, which may, therefore, impact the government's ability to assess nature and extent of the defendant's cooperation and to make that cooperation known to the Court at the time of sentencing as set forth in the plea agreement between the defendant and the government. Plea Agreement at page 3-4. The government, therefore, requests that the Court continue the defendant's sentencing date to May 25, 2001, a period of approximately 60 days.

The government has conferred with defense counsel regarding this motion and defense counsel has no objection. The defendant is currently released on bond.

                Respectfully submitted,

                BRUCE G. OHR
                ACTING UNITED STATES ATTORNEY

                Julia J. Stiller
                United States Department of Justice Trial Attorney
                Court I.D # A5500485
                6100 Hollywood Blvd., Suite 504
                Hollywood, Florida 33024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Sandra

Mullgrav, defense counsel, at 2699 Stirling Road, Suite B-301, Fort Lauderdale, Florida 33312,

on March 6, 2001

_____
Julia J. Stiller