SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR 23 2001

CASE # 00-6263-CR-WJF

DEFENDANT Debra Weider  JUDGE  WILKIE D. FERGUSON
Deputy Clerk TROY T. WALKER  DATE March 23, 2001
Court Reporter Brynn Dockstader ~~Paul Haferling~~  USPO F. Weisberg
AUSA Julia Stiller  Deft's Counsel Sandra Mulgrav

COUNTS DISMISSED __All Others__

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to appeal.

### JUDGMENT AND SENTENCE

Imprisonment   Years ___   Months 4   Counts one

Supervised Release 2 y/o (see j/c for details) 4 month HC

Probation   Years ___   Months ___   Counts ___

Comments _____

Assessment $ 100.00       Fine $ none
Restitution /Other $ 44,513.00

### CUSTODY
____ Remanded to the Custody of the U. S. Marshal Service   ____ Release on bond pending appeal
____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 9/17/01 at 9:00 AM
Rule 2

Commitment Recommendation: _____