UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
~~FILED~~ AV
MAR 28 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES OF AMERICA

CASE NUMBER: 00-6263-CR-FERGUSON
v.                                    MAGISTRATE JUDGE SNOW

DEBRA WEILER          /

## DEFENDANT DEBRA WEILER'S MOTION TO TRAVEL

1.  The defendant, Debra Weiler by and through her undersigned counsel files the following motion to travel outside of the southern district. As grounds in support hereof the defendant would allege the following:

2.  The defendant has been sentenced in the above-numbered cause and remains on release until the imposition of her sentence. The restrictions set forth under pre-trial release do not allow her to leave the southern district of Florida without permission from the court.

3.  The defendant wishes to travel to Orlando during the week of April 2, 2000 for a family function. She will return on or before April 9, 2000. During this time she will reside with family members in the area and or a hotel. She will maintain contact with her pre-trial officer as directed and will advise them of her exact location upon her arrival.

4.  Assistant United States Attorney, Julia J. Stiller, has been advised of the foregoing motion and poses no objection.

    WHEREFORE, the defendant respectfully requests permission to travel to Orlando from April 2, 2001 through April 9, 2001.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was mailed to Julia Stiller, Assistant United States Attorney, 6100 Hollywood Blvd., Ste. 504, Hollywood, Florida 33024 this 28th day of March, 2001.

Sandra E. Mullgrav
Florida Bar No. 933988
2900 Griffin Road, Suite 4
Fort Lauderdale, Florida 33312
(954) 962-3330