UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NUMBER: 00-6263-CR-FERGUSON
v.  MAGISTRATE JUDGE SNOW

DEBRA WEILER      /

**ORDER ON DEFENDANT DEBRA
WEILER'S MOTION TO TRAVEL**

THIS CAUSE having come before the Court on Defendant Debra Weiler's Motion to

Travel and the Court having reviewed said motion and any response thereto, and being otherwise

fully advised in the matter, it is hereby,

**ORDERED AND ADJUDGED** that the Motion be and the same is _GRANTED_.

**DONE AND ORDERED** in Broward County, Florida this _4TH_ day of _April_, 2001.

WILKIE D. FERGUSON
UNITED STATES DISTRICT COURT JUDGE