UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
     Plaintiff,

00-6263
CASE NO.: ~~01-6083~~-CR-FERGUSON

v.

DEBRA WEILER
     Defendant.
_____/

**DEFENDANT DEBRA WEILER'S MOTION TO TRAVEL**

The defendant, Debra Weiler, by and through her undersigned counsel files the following motion to travel outside of the southern district. As grounds in support hereof the defendant would allege the following:

1. The defendant has been sentenced in the above numbered cause and remains on release until the imposition of her sentence. The restrictions set forth under pre-trial release do not allow her to leave the southern district of Florida without permission from the court.

2. The defendant wishes to travel to Brick, New Jersey during the week of August 10, 2001. She will return on or before August 21, 2001. She will be leaving with her mother to visit family members and friends. She will reside at 157 Chamber Bridge Road. She will maintain in contact with her pre-trial officer as directed.

3. Assistant United States Attorney, Julia J. Stiller, has been advised of the foregoing motion and poses no objection.

WHEREFORE, the defendant respectfully requests permission to travel to Brick, New Jersey from August 10, 2001 through August 21, 2001.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by hand/U.S. mail/fax to Assistant United States Attorney, Julia J. Stiller, Fort Lauderdale, Florida this 31st day of July, 2001.

Sandra E. Mullgrav
2900 Griffin Road, Suite 4
Ft. Lauderdale, Florida 33312
(954) 962-3330 Fax (954) 962-4011
Florida Bar No. 933988