UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

CASE NO.: 00-6263 ~~01-6083~~-CR-FERGUSON

v.

DEBRA WEILER
Defendant.
_______________________________/

FILED BY ... '01 AUG -2 ... CLARENCE ...

**DEFENDANT'S MOTION TO EXTEND SURRENDER DATE**

The defendant, Debra Weiler, by and through her unsigned counsel moves this court for an order extending her surrender date. As grounds in support thereof the defendant would allege the following:

1. The defendant was charged by indictment with one count of embezzlement, fourteen counts of mail fraud, and five counts of false statements. On January 4, 2001, the defendant pled guilty to count one of the indictment. On March 23, 2001, the defendant was sentenced to four months imprisonment, followed by three years of supervised release.

2. The defendant has been ordered to surrender to the Satellite Camp- Coleman, Florida on September 7, 2001 before 2:00 p.m. The court has set a status conference for the same date at 9:00 a.m.

3. The defendant has been advised that she may receive a Rule 35 for her cooperation.

4. Assistant United States Attorney, Julia Stiller has been advised of the foregoing motion and poses no objection.



WHEREFORE, the defendant respectfully requests that the Court extend her surrender date.

Sandra E. Mullgrav
2900 Griffin Square, Suite 4
Fort Lauderdale, Florida 33312
(954) 962-3330 Fax (954) 962-4011
Florida Bar No. 933988

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2001 a true and correct copy of the foregoing was served by hand/U.S. mail/fax to Julia Stiller, Assistant United States Attorney, Hollywood, Florida 33024.

Sandra E. Mullgrav
Attorney for Defendant