UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
          Plaintiff,

CASE NUMBER: 00-6263-CR-FERGUSON

v.

DEBRA WEILER
          Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION TO EXTEND SURRENDER DATE

THIS CAUSE having come before the Court on defendant's Motion and the Court having reviewed said motion and any response thereto, and being otherwise fully advised in the matter, it is hereby

ORDERED AND ADJUDGED that the defendant's Motion be and the same is GRANTED.

The defendant's surrender date is hereby extended until Sept. 14, 2001.

DONE AND ORDERED in Broward County, Florida this 8th day of August, 2001.

WILKIE D. FERGUSON, JR.
DISTRICT COURT JUDGE

cc: Clerk of the court
    Julia Stiller, AUSA
    Sandra Mullgrav, Esq.