UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6263-CR-FERGUSON

UNITED STATES OF AMERICA, )
         Plaintiff, )
    )
v. )
    )
DEBRA WEILER, )
         Defendant. )
_____)

### GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO U.S.S.C. § 5K1.1

The United States of America, by and through the undersigned Trial Attorney, pursuant to U.S.S.C. §5K1.1 and 18 U.S.C. §3553(e) respectfully requests that the Court depart from the Sentencing Guidelines based upon the following:

The defendant has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

The government respectfully requests the opportunity to fully inform the Court, at time of sentencing, as to the substance of the defendant's cooperation with the government.

                         Respectfully submitted,

                         BRUCE G. OHR
                         ACTING UNITED STATES ATTORNEY

By: _____
             JULIA J. STILLER
             TRIAL ATTORNEY,
             U.S. DEPARTMENT OF JUSTICE
             Court I.D. #A5500485
             500 E. Broward Blvd., 7th Floor
             Fort Lauderdale, Florida 33394
             Telephone:  (954) 981-6891
             Facsimile:  (954) 987-2837

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was mailed this ___4___ day of ___Sept___, 2001, to:

Sandra Mulgrav, Esquire
2699 Stirling Road, Suite B-301
Fort Lauderdale, FL 33312

_____
JULIA J. STILLER
TRIAL ATTORNEY