**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6263-CR-WDF__  Date: __September 7, 2001__

Clerk: __Deloris McIntosh__   Reporter: __Stephen Franklin__

USPO: _____ Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __DEBRA WEILER (B)__

AUSA: __Julia Stiller__

Defendant(s) Counsel: __Sandra Mullgrav, Esq.,__

Defendant(s) Present __✓__ Not Present____ In Custody____

Reason for hearing: __Rule 35 Hearing__

Result of hearing: Motion for reduction of sentence granted; Sentence reduced to 4 years Probation, $44,513 restitution; government to submit prepared order; All other conditions of Probation remain in place

Case Continued to:_____ Time:_____ P.M. _____