IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6263-CR-FERGUSON



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEBRA WEILER, | ) |
| | ) |
| Defendant. | ) |

## ORDER MODIFYING SENTENCE

This matter having come before the Court on the government's motion to reduce the defendant's sentence based on substantial assistance and the Court having reviewed the motion and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the motion be and the same is GRANTED.

On March 23, 2001, this Court imposed on defendant a sentence of 4 months imprisonment followed by 4 months home confinement with electronic monitoring and 3 years supervised release. The Court also imposed restitution in the amount of $44,513 and imposed in addition to the standard conditions of release, the special conditions that the defendant maintain full-time lawful employment, incur no further debt, loans or lines of credit without the permission of the probation office, and that the defendant allow access to her financial

1

information by the probation office. The Court hereby modifies the terms of imprisonment, home confinement and supervised release to provide for a term of 4 years of probation. The amount of restitution and other conditions of release shall remain unchanged.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida this 14th day of Sepetmber 2001.

Wilkie D. Ferguson, Jr.
United States District Court Judge

cc:

Julia Stiller, Trial Attorney
United States Department of Justice

Sandra Mullgrav, Esq.
Defense Counsel