AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **DEBRA WEILER, (J) 55461-004** | Case Number: 0:00CR06263-001 |
| | Julia J. Stiller, AUSA / Sandra E. Mullgrav, Esq |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  One of the Indictment on January 4, 2001

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 664 | Embezzlement from an Employee Benefit Plan | 08/12/1998 | 1 |

FILED by _____ D.C.
MAR 28 2001

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) _____ N/A

☒ Count(s) All Others are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| Defendant's Soc. Sec. No.: | 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 |
| Defendant's Date of Birth: | 01/07/1960 |
| Defendant's USM No.: | 55461-004 |
| Defendant's Residence Address: | |
| 5841 N.W. 18th Court | |
| Sunrise    FL    33313 | |
| Defendant's Mailing Address: | |
| 5841 N.W. 18th Court | |
| Sunrise    FL    33313 | |

03/23/2001
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

March 27, 2001
Date

No further action required by
the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

SDUSM

John Walker, ASDUSM