```
1                 UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
2

3   UNITED STATES OF AMERICA,)   Case No.
                              )   00-6263-CR-WDF
4              Plaintiff,     )
                              )
5         -v-                 )
                              )
6   Debra Weiler,             )
                              )
7              Defendant.     )   Fort Lauderdale, Florida
                              )   September 7, 2001
8   _____)

9

10          TRANSCRIPT OF RULE 35 PROCEEDINGS

11      BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

12                  U.S. DISTRICT JUDGE

13

14  Appearances:

15  For the Government          Julia Stiller, AUSA
                                500 E. Broward Blvd., 7th Floor
16                              Fort Lauderdale, FL  33394-3002

17  For the Defendant           Sandra Elaine Mullgrav, ESQ.
                                2900 Griffin Road, Suite 4
18                              Fort Lauderdale, FL  33312

19  Reporter                    Stephen W. Franklin, RPR, CRR
    (561)651-3865               Official Court Reporter
20                              701 Clematis Street, Suite 417
                                West Palm Beach, Florida  33401
21

22

23

24

25
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**