```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                 FORT LAUDERDALE DIVISION

 3

 4   UNITED STATES OF AMERICA,     .   CASE 006263CRWDF
                                    .
 5        PLAINTIFF,                .   MIAMI, FLORIDA
                                    .   MARCH 23, 2001
 6        v.                        .
                                    .
 7   DEBRA WEILER,                  .
                                    .
 8        DEFENDANT.                .
                                    .
 9   . . . . . . . . . . . . . . . .

10

11         TRANSCRIPT OF SENTENCING PROCEEDINGS HAD
       BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,
12               UNITED STATES DISTRICT JUDGE.

13

14   APPEARANCES:

15   FOR THE GOVERNMENT:         JULIA STILLER, AUSA

16

17   FOR THE DEFENDANT:          SANDRA MULGRAV, ESQUIRE

18

19

20   COURT REPORTER:             BRYNN DOCKSTADER, RMR

21

22

23

24
                                 Original
25
```

FILED by D.C.
MAR 18 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ESQUIRE DEPOSITION SERVICES, INC.
(305) 371-2713    FAX (305) 371-2016

# NOT

# SCANNED

PLEASE REFER TO COURT FILE