PROB 12A
(SD/FL 9/96)

SD/FL PACTS No. 65351

FILED by _____ D.C.

APR 2 4 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT

## for

## SOUTHERN DISTRICT OF FLORIDA

### Report on Offender Under Supervision

Name of Offender: Debra Weiler                    Case Number: 00-6263-CR-Ferguson

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., United States District Court Judge

Date of Original Sentence: March 23, 2001*

Original Offense:    Embezzlement from an Employee Benefit Plan, 18 U.S.C. § 6644, a Class D felony

Original Sentence:   Four (4) months Bureau of Prisons; three (3) years supervised release; and special conditions*

Type of Supervision: Probation                    Date Supervision Commenced: September 7, 2001

* Original sentence deferred until September 7, 2001.  On September 7, 2001, Rule 35 Hearing held. Sentence modified with imprisonment; supervised release; electronic monitoring vacated; four (4) years probation substituted with restitution and all other conditions remaining in effect.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance.  On or about December 6, 2001, the probationer submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently was confirmed positive by PharmChem Laboratories, Inc. |
| 2. | **Violation of Mandatory Condition,** by failing to satisfy the court ordered restitution.  On or about September 7, 2001, restitution in the amount of $44,513 was ordered by the court and the probationer has failed to satisfy this financial obligation as ordered. |

**PROB 12A**
**(SD/FL 9/96)**

**SD/FL PACTS No. 65351**

U.S. Probation Officer Action:

Your Honor, in reference to the positive urine, while Ms. Weiler did not admit to using cocaine, she did state she was at a friend's residence when cocaine was used. She maintains she left the room while it was being used and surmises it was put in her drink. Ms. Weiler was instructed to report to the probation office on December 13, 2001, at which time she was given a SASSI exam. The exam was scored showing that Ms. Weiler has a "low probability" of having a substance dependence disorder. She was also instructed to report two (2) times per week on Mondays and Thursdays to provide urine samples for a period of sixty (60) days as punishment. So far, Ms. Weiler has been keeping to this schedule and has provided no further positive urines.

In reference to the restitution, as the onset of her supervision was delayed, she is presently in default on her restitution payments. This officer and Ms. Weiler are working together to determine a payment within her budget and should set same by the end of January. This officer is notifying the court of the default status as a matter of course, and requests the court's indulgence in this matter.

It is respectfully recommended Your Honor approve the above sanctions by signing and dating this form and returning same to the undersigned. If Your Honor does not concur with these recommendations, please indicate which course of action you wish this officer to take.

Respectfully submitted,

by

Roger S. McCoy
U.S. Probation Officer
Phone: (954) 769-5577
Date: January 15, 2001

[X]    Concur with action(s) taken by the U.S. Probation Officer
[ ]    Submit a Request for Modifying the Conditions or Term of Supervision
[ ]    Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

04/24/02

_____
Date