# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by _____ D.C.
JUN 24 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6261-CR-FERGUSON__   Date: __June 24, 2002__

Clerk: __Karen Gardner__   Reporter: __Carly Horenkamp__

USPO: __N/A__   Interpreter: __N/A__

**UNITED STATES OF AMERICA vs.** __DAVID DICKINSON (J)__

AUSA: __Kathleen Rice__

Defendant(s) Counsel: __David Hodge, Esq.,__

Defendant(s) Present____ Not Present _X_ In Custody____

Reason for hearing: **CALENDAR CALL**

Result of hearing: _Motion to Continue Granted. Two (2) other motions pending on (1) motion to Compel + Protective Order and (2) Appt. of Computer Expert; Government will respond as ordered by the Court._

Case Continued to: __8/19/02__   Time: __5:15__ P.M. _Calendar Call_

38