PROB 12B                                                                SD/FL PACTS No. 65351
(SD/FL 9/96)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6263-CR-Ferguson

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

FILED by _____ D.C.
DEC 0 2 2003
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. FT. LA

Name of Offender: Debra J. Weiler

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, United States District Court, Ft. Lauderdale, Florida

Date of Original Sentence: March 23, 2001*

Original Offense: Embezzlement from an Employee Benefit Plan, 18 USC 6644, a Class D Felony

Original Sentence:    Four (4) months Bureau of Prisons; three (3) years supervised release; and special conditions*

Type of Supervision: Probation              Date Supervision Commenced: September 7, 2001

---

*Original sentence deferred until September 7, 2001. On September 7, 2001, Rule 35 Hearing held. Sentence modified with imprisonment; supervised release; electronic monitoring vacated; four (4) years probation substituted with restitution and all other conditions remaining in effect.

## PETITIONING THE COURT

[ ]    To extend the term of supervision for _ years, for a total term of _ years.
[X]    To modify the conditions of supervision as follows:

"The defendant shall pay restitution at the rate of $50.00 per month until such time as the Court may alter that payment in the interests of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay."

## CAUSE

A financial investigation was conducted to determine what amount the defendant could afford to pay monthly on her restitution balance. She was originally paying $25.00 per month. However, recently, her residential situation changed, along with other financial issues, causing the financial investigation to remain ongoing. In the meantime, the Probation Office is requesting her monthly payment be raised to $50.00, until the further review of her financial status is completed.

As such, it is respectfully recommended Your Honor sign the attached Probation Form 12 B,

PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 65351

Request for Modifying the Conditions or Term of Supervision with Consent of the Offender, sanctioning the above modification. If Your Honor does not concur with this Officers recommendation, please indicate which course of action you wish this Officer to take.

Respectfully submitted,

by [signature]

Roger S. McCoy
U.S. Probation Officer
Phone: 954-769-5577
Date: November 7, 2003

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

[signature] 12/1/03

Signature of Judicial Officer

PROB 49  
(3/89)

SD/FL PACTS #65351

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions
### of Probation or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or to the proposed extension of my term of supervision:

"The defendant shall pay restitution at the rate of $50.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay."

Witness: _[signed]_  
U.S. Probation Officer  
Roger S. McCoy

Signed: x _[signed]_  
Probationer or Supervised Releasee  
Debra J. Weiler

x 11/3/03  
Date