PROB 12B  
(SD/FL 9/96)                                                                                          SD/FL PACTS 65351

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6263-CR-COHN</u>

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Debra Weiler

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, U.S. District Court, Ft. Lauderdale, FL*

Date of Original Sentence: March 23, 2001**

| | |
|---|---|
| Original Offense: | Embezzlement from an Employee Benefit Plan, 18 U.S.C. § 6644 a Class D Felony |
| Original Sentence: | 4 months Bureau of Prisons; 3 years supervised release; and special conditions** |
| Type of Supervision: Probation | Date Supervision Commenced: September 7, 2001 |

*Case transferred to the Honorable James I. Cohn, Judge, U.S. District Court on November 28, 2003  
**Original sentence deferred until September 7, 2001. On September 7, 2001, Rule 35 Hearing held. Sentence modified with imprisonment; supervised release; electronic monitoring vacated; 4 years probation substituted with restitution and all other conditions remaining in effect.

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

   **The defendant, Debra Weiler, shall pay restitution at the rate of $100 per month until such time as the Court may alter that payment schedule in the interest of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

## CAUSE

   Your Honor, please be advised that Debra Weiler's probation is scheduled to terminate on September 6, 2005. At the present time, the balance due on the restitution is $42,888. Mrs. Weiler will not have this amount paid in full prior to her termination date.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65351

     A brief financial investigation was conducted to determine what amount the defendant could afford to pay monthly on her restitution balance. Currently she is paying $50 per month, however, it is felt her income and expenses can support a payment of $100 per month. In line with this, Mrs. Weiler has signed a Probation Form 49 agreeing to the above modification.

     As her supervision is terminating, Mrs. Weiler was made aware that the Court Ordered financial obligation remains in effect for 20 years from the date of the Judgement. Further, she was made aware she must continue to pay toward this obligation after her supervision terminates via the United States Attorney's Office.

     Given the above it is respectfully recommended Your Honor approve the above new payment and further, allow Mrs. Weiler's probation to terminate with a balance due on the restitution. If Your Honor concurs with this officer's recommendation, please sign and date this form returning same to this officer. If Your Honor does not concur with this officer's recommendation, please indicate which course of action you wish this officer to take.

Respectfully submitted,

Roger S. McCoy  
U.S. Probation Officer  
Phone: (954) 769-5577  
Date: August 19, 2005

THE COURT ORDERS:

[ ]   No Action  
[ ]   The Extension of Supervision as Noted Above  
[X]   The Modification of Conditions as Noted Above  
[ ]   Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

August 30, 2005  
Date