SD/FL PACTS NO. 65351

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 00-6263-CR-COHN**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Debra Weiler

    Defendant.
_____/



## **CONSENT AGREEMENT**

The United States of America and <u>Debra Weiler</u>, hereby stipulate and agree to enter into a payment schedule to satisfy the $<u>44,513.00</u> non federal restitution imposed in the Judgment in a Criminal Case entered herein on <u>March 23, 2001</u>, against Defendant <u>Debra Weiler</u>, pursuant to the following terms.

    1.    The defendant, <u>Debra Weiler</u>, shall pay the non federal restitution balance of $<u>42,888.00</u>, plus any statutory interest pursuant to 18 USC 3612(f) to the United States of America at the rate of $<u>100</u> per month, beginning October 1, 2005, each month thereafter until the obligation is paid in full.

    2.    The Defendant, <u>Debra Weiler</u>, shall send the monthly payments by cashier's check or money order, made payable to the Clerk, U.S. District Court, Southern District of Florida (S.D. Fla) and mailed to the:

        Clerk of the Court
        U.S. District Court
        Southern District of Florida
        Financial Section

SD/FL PACTS NO. 65351

    301 North Miami Avenue, Room 150
    Miami, Florida 33128

**The case number and defendant's name must be printed on the check.**

3.    The Defendant, Debra Weiler, agrees to submit an updated Financial Statement to the United States for review annually upon demand. Upon the review of the Financial Affidavit, the monthly amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the restitution.

4.    The parties agree that in the event of a default in the aforesaid monthly payments which extends beyond the due date of the third regular monthly installment, the United States shall be entitled to seek collection of the entire balance of the judgment then due and owing, by attachment, garnishment, execution or any other legal remedy.

5.    The Defendant, Debra Weiler, shall be obligated to notify the United States Attorney's Office, Southern District of Florida, Financial Litigation Unit, 99 NE 4th Street, Suite 300, Miami, Florida 33132, of any change of address while said judgment is outstanding.

6.    The parties agree that upon the complete satisfaction of the $ 44,513.00 non federal restitution judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

The parties consent to the terms of the above-specified agreement.

SD/FL PACTS NO. 65351

_____  
Defendant: Debra Weiler  
Address: 6181 NW 57th Street, Apt 204  
Tamarac, FL 33319  
Phone: (954) 724-0932  
SSN: 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  

By: _____  
R. ALEXANDER ACOSTA  
UNITED STATES ATTORNEY  
Elizabeth Ruf Stein  
Assistant U.S. Attorney  
Financial Litigation Unit  
99 N.E. 4th Street, #313  
Miami, Florida 33132-2111  
Phone: (305) 961-9313  
Fax: (305) 530-7195  
FLA Bar No: 354945  
Email: elizabeth.stein@usdoj.gov  

_____  
Roger S. McCoy  
U.S. Probation Officer  
Address: 6100 Hollywood Blvd., Suite 501  
Hollywood, FL 33024  
Phone: (954) 769-5577  
Fax: (954) 769-5639  

Dated this 23rd day of August, 2005.