UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6263-CR-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DEBRA WEILER,

    Defendant.
_____/



### ORDER RATIFYING CONSENT AGREEMENT

THIS CAUSE came before the Court upon the submission by the parties of a Consent Agreement. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-specified Consent Agreement, is hereby ratified and approved. The restitution order of $44,513.00, entered on March 23, 2001, shall be paid according to the agreed schedule.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Florida this 23RD day of SEPTEMBER, 2005.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc: Elizabeth Ruf Stein, AUSA
    Roger S. McCoy, USPO
    Debra Weiler, Defendant

